# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIICS & PARTNERS, AMERICA, INC., *et al.* )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>)<br>FUNAI ELECTRIC CO., LTD, *et al.* )<br>)<br>*Defendants,* )<br>)<br>and )<br>)<br>SAMSUNG DISPLAY CO., LTD., )<br>)<br>*Intervenor.* )<br>) | Civil Action No. 1:14-cv-00804-RGA<br><br>**FILED UNDER SEAL** |

## PLAINTIFFS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF RYAN SULLIVAN, Ph.D. UNDER *DAUBERT*

Plaintiffs MiiCs & Partners America, Inc. and Gold Charm Limited ("Plaintiffs") move to exclude the proffered testimony and opinions of Ryan Sullivan, Ph.D. on behalf of Defendants Funai Electric Co., Ltd., P&F USA, Inc., and Funai Corporation, Inc. (collectively, "Funai") for failure to comply with the Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharm., Inc.*, 509 U.S. 579 (1993).

The grounds for this motion are set forth in Plaintiffs' Opening Brief, submitted herewith.

Dated: May 19, 2017

**Of Counsel:**
Frederick A. Tecce
Stephen E. Murray
Keith Jones
Bryon T. Wasserman
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 965-1330
ftecce@panitchlaw.com
smurray@panitchlaw.com
kjones@panitchlaw.com
bwasserman@panitchlaw.com

**PANITCH SCHWARZE BELISARIO & NADEL, LLP**

By:/s/ *Aaron Ettelman*
   John D. Simmons (Bar No. 5996)
   Dennis J. Butler (Bar No. 5981)
   Aaron Ettelman (Bar No. 5003)
   Wells Fargo Tower
   2200 Concord Pike, Suite 201
   Wilmington, DE 19803
   Telephone: (302) 394-6030
   jsimmons@panitchlaw.com
   dbutler@panitchlaw.com
   aettelman@panitchlaw.com

*Attorneys for Plaintiffs, MiiCs & Partners America, Inc. and Gold Charm Limited*

Dated: May 19, 2017

**Of Counsel:**
Frederick A. Tecce
Stephen E. Murray
Keith Jones
Bryon T. Wasserman
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 965-1330
ftecce@panitchlaw.com
smurray@panitchlaw.com
kjones@panitchlaw.com
bwasserman@panitchlaw.com

**PANITCH SCHWARZE BELISARIO & NADEL, LLP**

By:/s/ *Aaron Ettelman*
John D. Simmons (Bar No. 5996)
Dennis J. Butler (Bar No. 5981)
Aaron Ettelman (Bar No. 5003)
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
Telephone: (302) 394-6030
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
aettelman@panitchlaw.com

*Attorneys for Plaintiffs, MiiCs & Partners America, Inc. and Gold Charm Limited*

3

## CERTIFICATE OF SERVICE

I, Aaron Ettelman, hereby certify that on May 19, 2017, a true copy of the foregoing Plaintiffs' Motion To Exclude The Expert Report And Testimony Of Ryan Sullivan was served via the Court's electronic filing system upon all counsel of record.

*/s/ Aaron Ettelman*
Aaron Ettelman (Bar No. 5003)